# United States District Court

_____ DISTRICT OF _____

ANTHONY Q. SANDERS

    Plaintiff

    V.

GOVERNMENT OF GUAM,
    a Public Entity
DOES 1 through 10, Inclusive

SUMMONS IN A CIVIL CASE

CASE NUMBER: **07-00001**

**FILED**
DISTRICT COURT OF GUAM
FEB -6 2007
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of defendant) GOVERNMENT OF GUAM

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANTHONY Q. SANDERS
107 Ramon Baza Ct.
Yona, Guam 96914
Plaintiff PRO SE

an answer to the complaint which is herewith served upon you, within __sixty (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran      FEB 05 2007
CLERK      DATE

*[signature]*
(BY) DEPUTY CLERK

ORIGINAL

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: February 5, 2007 |
| NAME OF SERVER (PRINT): Antonio Balajadia Quichocho | TITLE: Special Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: <u>Office of Attorney General & Port Authority of Guam.</u>

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.00 @ 2 each | $40.00 @ 2 each | $100.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>Feb. 5, 2007</u>     _[signature]_
Date                                 Signature of Server

PO Box 20904 Barr. GU 96921
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.