

Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Solicitors Division
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com

**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| ANTHONY Q. SANDERS, ) | CIVIL CASE NO. 07-00001 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | **DECLARATION OF SERVICE** |
| GOVERNMENT OF GUAM, A Public Entity ) | |
| DOES 1 THROUGH 10, INCLUSIVE, ) | |
| ) | |
| Defendant. ) | |

**I, FRANCISCO M. SANTOS**, declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of the **1) ANSWER OF DEFENDANT GOVERNMENT OF SERVICE** by delivering to:

Page 1
*Declaration of Service*
District Court Civil Case No. 07-0001

FILED
DISTRICT COURT OF GUAM
MAR - 2 2007
MARY L.M. MORAN
CLERK OF COURT

| NAME | WHERE SERVED | DATE & TIME |
|---|---|---|
| Anthony Q. Sanders | 120 Cook St.<br>Agat, Guam | 02/27/07; 8:00am |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 2th day of March, 2006.

_____
FRANCISCO M. SANTOS
Process Officer

Page 2
*Declaration of Service*
District Court Civil Case No. 07-0001