

Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

FILED
DISTRICT COURT OF GUAM
APR - 9 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

ANTHONY Q. SANDERS,           ) Civil Case No. CV07-00001
                              )
             Plaintiff,       )
                              )
      vs.                     ) **DECLARATION OF**
                              ) **FRANCISCO M. SANTOS**
GOVERNMENT OF GUAM, a Public Entity )
DOES 1 THROUGH 10, INCLUSIVE, )
                              )
             Defendants.      )
_____)

I, Francisco M. Santos, declare:

1.  I am employed by the government of Guam at the Office of Attorney General as a Process Officer assigned to the Civil/Solicitor Division.

2.  On Monday, February 26, 2007, to serve on plaintiff a copy of the Answer of Defendant Government of Guam filed that date in the above-captioned action, plaintiff having appeared pro se, I drove to Yona, Guam, arriving in Yona between the hours of about 4:00 pm and 4:30 p.m. I first went to the mayor's office for assistance in locating the address of

*Page 1*
*Declaration of Francisco M. Santos*
*District Court of Guam Case No. CIV07-00001*

plaintiff as shown on the Summons in this action, 107 Ramon Baza Ct. I was directed to Baza Gardens where I found no such address existed. I then located the address within the village of Yona. At that address there was an unkempt residence which appeared unoccupied although there was a rundown vehicle on the premises. No one responded when I knocked on the front door. I inquired of an immediate neighbor if anyone lived at the residence, specifically plaintiff by name. The neighbor indicated she didn't know. I then called my administrative supervisor and explained the situation. She then checked the telephone directory and told me there was an Anthony Sanders listed in the telephone directory. Because of the lateness of the hour I then returned to the Office. Early the following morning of February 27, 2007, I telephoned that listed number. A woman answered. I asked if Anthony Q. Sanders lived at the location and when the response was affirmative said I had a document for him and asked for and was told the address, 120 Cook Street, Agat, Guam. At about 8:00 a.m. that morning I arrived at that Cook Street address. Mr. Sanders appeared at the door. I explained I was there to serve a document and served him as shown by my Declaration of Service filed March 2, 2007. Mr. Sanders asked why I was serving him since he said he had a lawyer, Mark Williams.

I declare under penalty of perjury the foregoing is true and correct.

Date this 9th day of April, 2007.

FRANCISCO M. SANTOS