

Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| ANTHONY Q. SANDERS,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM, a Public Entity DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Civil Case No. CV07-00001<br><br>**DECLARATION OF PHILIP D. ISAAC** |

I, Philip D. Isaac, hereby declare;

1.  I am counsel of record in this action for Defendant Government of Guam.

2.  On or about February 27, 2007 I was told by Francisco Santos, Process Officer, of his difficulties in locating plaintiff in this action and serving him with the Government's Answer to plaintiff's Complaint. Mr. Santos also told me plaintiff claimed to be represented by counsel, Mark Williams.

3. When, by March 20, 2007 I had not been contacted by plaintiff, nor by any attorney representing him in this action, and no attorney having filed an appearance, for purposes of compliance with U.S. District Court of Guam, Local Rules 16.1 and 16.2, such requiring a meeting by me with plaintiff, or his attorney if he had one, not later than April 6, 2007, the sixtieth day after the filing of the complaint, I caused to be mailed to plaintiff, certified mail, return receipt requested, to the three addresses shown on that letter, a copy of which is attached hereto as Exhibit "A". As shown by the copy of the envelope attached to Exhibit "A", the letter copy sent to the 120 Cook Street, Agat address apparently was refused. No return has yet been received with respect to the copy addressed to the Yona address. On March 28, 2007, I received a copy of the Clerk's Scheduling Notice in this matter.

4. Early in the week of April 2, 2007, I called the telephone number listed for an Anthony Sanders, spoke with a woman who answered, asked for Anthony Q. Sanders, and was told Mr. Sanders would return my call. He did so later in the day. I introduced myself as counsel for defendant in this case, Government of Guam. When I then asked plaintiff if he had received the Scheduling Notice or the letter, Exhibit "A", plaintiff said he had not. Plaintiff asked why I was contacting him and not contacting his lawyer. I explained plaintiff had no lawyer of record. Plaintiff responded his lawyer was Mark Williams. Shortly thereafter, that same day, I called Mr. Williams who stated he did not represent plaintiff in this action. Mr. Williams agreed to call plaintiff and make that clear.

On April 6, 2007, plaintiff called me and said he had just received the copy of the letter, Exhibit "A", the copy sent to the Hagåtña, Guam post office box address. When I asked if he had received the copy sent to the Yona address, plaintiff said he hadn't lived there since he retired from military service. Again, he stated he was represented by Mr. Williams. I then again

placed a call to Mr. Williams. He was out. On inquiry, Mr. Williams' receptionist said Mr. Williams had not had time to call plaintiff, but had an appointment with him scheduled later that day. Toward the end of business day, April 6, 2007, and several times on Monday, April 9, 2007, I telephoned Mr. Williams' office to determine whether or not Mr. Williams would appear for plaintiff and left requests Mr. Williams contact me. Those calls were not returned.

I declare under penalty of perjury the foregoing is true and correct.

Dated this 9th day of April, 2007.

_____
PHILIP D. ISAAC

| Alicia G. Limtiaco |  | J. Patrick Mason |
|---|---|---|
| Attorney General | | Deputy Attorney General |
| | | Civil Division |

# OFFICE of the ATTORNEY GENERAL

March 20, 2007

**CERTIFIED MAIL RETURN RECEIPT**

Anthony Q. Sanders
107 Ramon Baza Ct.
Yona, Guam 96914

Anthony Q. Sanders
PO Box 827
Hagåtña, Guam 96932

MAR 2 3 2007
2:58pm
ATTORNEY GENERAL'S OFFICE

Anthony Q. Sanders
120 Cook Street
Agat, Guam 96915

Subject: Meeting in accordance with U.S. District Court of Guam Local Rules 16.1 and 16.2.

Ref: *Sanders vs. GovGuam*, D.C. Guam, Civil Case No. CV07-00001

Dear Mr. Sanders,

Since the Court record in the referenced case shows you are proceeding pro se, no attorney having filed an appearance on your behalf, I am writing this letter directly to you.

As you are presumed to be aware, District Court of Guam, Local Rules of Practice, Local Rule (LR) 16.2(a), requires that within fifteen (15) days after the receipt of the clerk's Scheduling Notice, but no later than sixty (60) days after the filing of the complaint, counsel of record and all pro se litigants shall meet in person for the purposes set forth further below in LR 16.2.

Also, as provided by LR 16.1(2), it is the responsibility of plaintiff's counsel to initiate the communication necessary to prepare the Scheduling Order. In the event that the plaintiff is proceeding pro se, the defendant shall contact the plaintiff and arrange a meeting to comply with this Rule in the appropriate time frame.

      Your complaint having been filed February 5, 2007, sixty (60) days from that date will expire April 6, 2007. Accordingly, to comply with the foregoing rules, I suggest we meet the week of March 26, 2007. I would appreciate it if you would call me upon receipt of this letter so we may arrange a mutually convenient date and time to meet for the purposes set out in the rules. My office telephone number is 475-3324, extension 145. If I am away from my desk at the time you call, you may leave a voice message and I will return your call.

                Very truly yours,

                PHILIP D. ISAAC
                Assistant Attorney General

*Y GENERAL*
*7E*

CERTIFIED MAIL

GUAM MAIN POST OFFICE 03/20/07 2054

164
0629 $ 04.64 ⁰ MAR 20 07    PB8551526
0857  BARRIGADA GU    96921

7002 0460 0001 3808 5875

ANTHONY Q. SANDERS
120 COOK STREET





RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
BOX CLOSED. NO FORWARDING ORDER
NOT AT THIS P.O. BOX

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Anthony D. Sanders
   120 Cook Street
   Agat, Guam 96915

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 0460 0001 3808 5875

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540