1

2

3

4

5

6

7                              DISTRICT COURT OF GUAM

8                              TERRITORY OF GUAM

9

10

11   ANTHONY Q. SANDERS,                          Civil Case No. 07-00001

12              Plaintiff,

13         vs.

14   GOVERNMENT OF GUAM, a Public                         ORDER
     Entity, and DOES 1-10, inclusive,

15              Defendants.

16

17         This case is scheduled to come before the Court on May 4, 2007, for a Scheduling

18   Conference pursuant to Fed. R. Civ. P. 16.  Notice of this scheduling conference was served on

19   the parties on March 28, 2007.

20         On April 9, 2007, defendant Government of Guam filed a Request for a Pretrial

21   Conference.  (Docket No. 6.)  Therein, the Government of Guam requested that a pretrial

22   conference be scheduled so as to expedite the disposition of this action and to establish controls

23   over the case management.  Essentially, what the Government of Guam seeks is the setting of a

24   scheduling conference, which has already been set.  Accordingly, the request is deemed moot.

25         Furthermore, due to the scheduling needs of the Court, the May 4, 2007 Scheduling

26   Conference is hereby moved to **Wednesday, April 25, 2007, at 9:00 a.m.**  The parties are

27   ///

28   ///

1  directed to meet and confer in a good faith effort to prepare a proposed joint scheduling order

2  and discovery plan, which shall be submitted no later than **April 20, 2007**.

3

4                                      **/s/ Joaquin V.E. Manibusan, Jr.**

5                                                          **U.S. Magistrate Judge**

                                                          **Dated:  Apr 11, 2007**
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28