## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CIVIL MINUTES
## GENERAL

CASE NO.: CV-07-00001            DATE: April 25, 2007
CAPTION: Sanders -vs- Government of Guam

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 9:07:52 - 9:36:30
CSO: B. Pereda

---

**APPEARANCES:**

Counsel for Plaintiff(s)            Counsel for Defendant(s)
Anthony Q. Sanders - Pro Se         Philip Isaac

---

**PROCEEDINGS: Scheduling Conference**
- Court and parties reviewed and discussed the proposed scheduling order.
- Order to be issued by the Court with changes noted.

NOTES: