ANTHONY Q. SANDERS
PO Box 827
Hagatna, Guam 96932
Plaintiff Pro Se

**FILED**

DISTRICT COURT OF GUAM

APR 25 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT
OF GUAM

ANTHONY Q. SANDERS,

         **Plaintiff,**

vs.

GOVERNMENT OF GUAM,
  a Public Entity
DOES 1 THROUGH 10, INCLUSIVE;

         **Defendants**
_____/

CIVIL CASE NO. CV07-00001

~~PROPOSED~~ Only
SCHEDULING ORDER
AND DISCOVERY PLAN

ORIGINAL

## SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and

Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following

Scheduling Order and Discovery Plan:

1.    The nature of the case is as follows:

    Employment Discrimination under Title VII (Civil Rights)

2.    The posture of the case is as follows:

    a)    The following motions are on file (pending):

        None at the present time.

    b)    The following motions have been resolved:

        Not applicable.

    c)    The following formal discovery has been initiated:

None at the present time.

3. All Motions to add parties and claims shall be on or before:

November 16, 2007.

4. All Motions to amend pleadings shall be filed on or before:

November 16, 2007.

5. Status of Discovery:

a) The times for disclosures under Rules 26(a) and 26(e) of the Federal

Rules of Civil Procedure are modified as follows:

b) The following is a description and schedule of all pretrial discovery

each party intends to initiate prior to close of discovery:

> i. To the extent not already complied with, the times for parties
>
> shall make disclosures required by Rules 26(a) and 26(e) by
>
> ~~October 17~~, June 20 2007.
>
> ii. Each party will propound interrogatories and requests to
>
> produce and request for admissions within the limits set by the
>
> Federal Rules of Procedure. If either party determines that it needs
>
> to propound more discovery than permitted by the Rules, the
>
> parties will confer in good faith to accommodate reasonable
>
> discovery requests.

2

iii. The parties anticipate taking the depositions of at least five (5)

individuals. Included in this list will be the parties themselves and

witnesses.

6.     The parties shall appear before the District Court on ~~September 12, 2007,~~ *April 25, 2007* [initials]

at ~~4:00~~ p.m. *9:00 a.m.* [initials] for the Scheduling Conference.

7.     The discovery cut-off date (defined as the last day to file responses to

discovery) is:

November 15, 2007, except that expert witness discovery shall be

completed by January 30, 2008.

8.     The anticipated discovery motions are:

All discovery motions shall be filed on or before November 22, 2007.

9.     The anticipated dispositive motions are:

All dispositive motions shall be filed on or before ~~December 21, 2007~~ *February 21, 2008* [initials].

10.    The prospects for settlement are:

Fair, depending on the results of discovery.

3

11.    The Preliminary Pretrial Conference shall be held on ~~January 00, 2008~~ February 27, 2008, at ~~4:30 p.m.~~ 10:00 am (no later than 21 days prior to trial date).

12.    The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before ~~February 7,~~ March 5, 2008 (no later than 14 days prior to Trial).

13.    The Proposed Pretrial Order shall be filed on or before ~~February 7,~~ March 5, 2008 (no later than 14 days prior to Trial).

14.    The Final Pretrial Conference shall be held on ~~February 14,~~ March 12, 2008, at ~~4:30 p.m.~~ 10:00 am (no later than 7 days prior to Trial).

15.    The Trial shall be held on ~~February 21,~~ March 19, 2008, at 9:30 a.m. (in no event shall the trial be later than 18 months after the complaint is filed, unless the Court otherwise allows).

16.    The Trial is not a jury trial.

17.    It is anticipated that it will take two to three (2-3) days to try this case.

18.    The names of counsel on this case are:

4

Attorney General of Guam for Defendant

By: *Philip D. Isaac*
*Assistant Attorney General*

19. The Parties do wish to submit this case for a settlement conference. *A day settlement conference shall be held on February 7, 2008 at 10:00 am*

20. The parties present the following suggestions for shortening trial:

None at this time.

21. The following issues will also affect the status or management of the case:

Unknown at this time

DATED this _25th_ day of _April_ , 2007.

_____
HONORABLE JUDGE, DISTRICT COURT OF GUAM

**RECEIVED**

APR 19 2007

DISTRICT COURT OF GUAM
HAGATNA, GUAM

5

APPROVED AS TO FORM AND CONTENT:


Dated: *16 APR 2007* .          ANTHONY SANDERS

                               BY: _____


Dated: *April 18, 2007*          ATTORNEY GENERAL OF GUAM

                               BY: _____
                                  *Assistant Attorney General*


6