

Office of the Attorney General
**Alicia G. Limtiaco**
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
e-mail: pisaac@guamattorneygeneral.com

**Attorneys for the Government of Guam**



FILED
DISTRICT COURT OF GUAM
FEB 15 2008
JEANNE G. QUINATA
Clerk of Court



# IN THE DISTRICT COURT OF GUAM
## HAGÅTÑA, GUAM

| | |
|---|---|
| ANTHONY Q. SANDERS, | Civil Case No. CV07-00001 |
| Plaintiff, | |
| vs. | |
| GOVERNMENT OF GUAM, a Public Entity DOES 1 THROUGH 10, INCLUSIVE, | **AGREEMENT OF HEARING DATE** |
| Defendants. | |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Philip D. Isaac, am the attorney for the Government of Guam defendant in this matter. I contacted the pro se party to agree upon a date for oral argument of my Suggestion by Motion to Dismiss this action for Lack of Subject Matter Jurisdiction.

2. The pro se party is Plaintiff Anthony Q. Sanders.

*Page 1*
*Agreement of Hearing Date*
District Court Case No. CV07-0001
Anthony Sanders v. GovGuam

3. We agreed upon the following date: The earliest date convenient to the Court during morning hours since the pro se plaintiff currently is assigned the "swing shift" at the Jose D. Leon Guerrero Commercial Port and not available during afternoon hours.

4. I called the Deputy clerk of Court to ensure that the Court is available on the above dates and was advised no dates currently are available, but a date would be assigned when available.

Dated this 15th day of February, 2008

**OFFICE OF THE ATTORNEY GENERAL**
Alicia G. Limtiaco, Attorney General

By: _____
**PHILIP D. ISAAC**
Assistant Attorney General
Attorney for Party Requesting Oral Argument