Office of the Attorney General
**Alicia G. Limtiaco**
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
e-mail: pisaac@guamattorneygeneral.com

**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM
## HAGÅTÑA, GUAM

| | |
|---|---|
| ANTHONY Q. SANDERS,<br><br>  Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM, a Public Entity<br>DOES 1 THROUGH 10, INCLUSIVE,<br><br>  Defendants. | Civil Case No. CV07-00001<br><br>ERRATA TO DECLARATION OF FRANCINE T. ROCIO FILED FEBRUARY 15, 2008, IN SUPPORT OF DEFENDANT GOVERNMENT OF GUAM SUGGESTION BY MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FRCP RULE 12(h)(3) |

I, Francine T. Rocio declare:

1. On page 2 of line 8 the numbers "12-14" should be replaced with 21-22 in that sentence.

2. On page 3 of line 5, the month and date of "January 23" should be replaced with February 3.

---

Page *1*
*Errata to Declaration of Francine T. Rocio*
District Court Case No. CV07-0001
Anthony Sanders v. GovGuam

3. On page 3 of line 22, the month and date of "November 10" should be replaced with November 6.

4. On page 2 of line 1, " twelve" should read twenty-one.

I declare under penalty of perjury the foregoing is true and correct.

Dated this 18th day of February 2008.

_____
FRANCINE T. ROCIO