# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| ANTHONY Q. SANDERS,<br><br>Petitioner,<br><br>vs.<br><br>GOVERNMENT OF GUAM, a Public Entity, and DOES 1-10 inclusive,<br><br>Respondent. | Civil Case No. 07-00001<br><br><br><br>**ORDER** |

This matter comes before the court pursuant to a Motion to Dismiss filed by Defendant Government of Guam. The motion shall be scheduled for a hearing on **Monday, April 28, 2008** at 9:00 a.m. Accordingly, the court hereby **VACATES** the trial scheduled to begin on March 19, 2008, as well as all associated pretrial dates and deadlines. The trial, if necessary, shall be reset after final determination on the instant motion.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
   **Chief Judge**
**Dated: Feb 25, 2008**