

**FILED**
DISTRICT COURT OF GUAM
APR 1 5 2008
JEANNE G. QUINATA
Clerk of Court

Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| ANTHONY Q. SANDERS, ) | Civil Case No. CV07-00001 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| GOVERNMENT OF GUAM, a Public Entity ) DOES 1 THROUGH 10, INCLUSIVE, ) | |
| Defendants. ) | |

The undersigned hereby certifies that on the 15th day of February 2008, I served via hand delivery, a true and correct copy of 1) **AGREEMENT OF HEARING DATE, 2) DEFENDANT GOVERNMENT OF GUAM SUGGESTION BY MOTION, AND MEMORANDUM IN SUPPORT, TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FRCP RULE 12(h)(3), 3) DECLARATION OF FRANCINE T. ROCIO IN SUPPORT OF DEFENDANT GOVERNMENT OF GUAM**

*Page 1*
*District Court of Guam Case No. CV07-00001*
*Anthony Q. Sanders vs. Government of Guam, et al*

Case 1:07-cv-00001   Document 18   Filed 04/15/2008   Page 1 of 2

**SUGGESTION BY MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FRCP RULE 12(h)(3)**, to plaintiff ANTHONY Q. SANDERS upon the following:

>Anthony Q. Sanders
>120 Cook Street, Agat, Guam

Dated this 15th day of April, 2008.

*[signature]*
FRANCISCO M. SANTOS

*Page 2*
*District Court of Guam Case No. CV07-00001*
*Anthony Q. Sanders vs. Government of Guam, et al*

Case 1:07-cv-00001   Document 18   Filed 04/15/2008   Page 2 of 2