

Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | | |
|---|---|---|
| ANTHONY Q. SANDERS, | ) | Civil Case No. CV07-00001 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| GOVERNMENT OF GUAM, a Public Entity DOES 1 THROUGH 10, INCLUSIVE, | ) | |
| Defendants. | ) | |

The undersigned hereby certifies that on the 19th day of February 2008, I served via hand delivery, a true and correct copy of **ERRATA TO DECLARATION OF FRANCINE T. ROCIO FILED FEBRUARY 15, 2008, IN SUPPORT OF DEFENDANT GOVERNMENT OF GUAM SUGGESTION BY MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FRCP RULE 12(h)(3).**

/ / / /

*Page 1*
*District Court of Guam Case No. CV07-00001*
*Anthony Q. Sanders vs. Government of Guam, et al*

Case 1:07-cv-00001    Document 19    Filed 04/15/2008    Page 1 of 2

to plaintiff ANTHONY Q. SANDERS upon the following:

    Anthony Q. Sanders
    120 Cook Street, Agat, Guam

Dated this 15th day of April, 2008.

                                                _____
                                                FRANCISCO M. SANTOS

*Page 2*
*District Court of Guam Case No. CV07-00001*
*Anthony Q. Sanders vs. Government of Guam, et al*

Case 1:07-cv-00001    Document 19    Filed 04/15/2008    Page 2 of 2