

Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

**FILED**
DISTRICT COURT OF GUAM
APR 2 4 2008 P.D.
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| ANTHONY Q. SANDERS, ) | Civil Case No. CV07-00001 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| GOVERNMENT OF GUAM, a Public Entity ) DOES 1 THROUGH 10, INCLUSIVE, ) | |
| Defendants. ) | |

The undersigned hereby certifies that on the 24th day of April 2008, I served via hand delivery, a true and correct copy of a (Proposed) Order upon the following:

Anthony Q. Sanders
At his place of residence
120 Cook Street, Agat, Guam
8:45 a.m.

Dated this 24th day of April, 2008.

FRANCISCO M. SANTOS



*Page 1*
*District Court of Guam Case No. CV07-00001*
*Anthony Q. Sanders vs. Government of Guam, et al*