**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CIVIL MINUTES**
**GENERAL**

CASE NO.: CV-07-00001           DATE: April 28, 2008
CAPTION: Anthony Q. Sanders vs. Government of Guam

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Geraldine Cepeda      Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 9:10:04 - 9:43:25
CSO: N. Edrosa

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Anthony Q. Sanders, Pro Se | Philip D. Isaac |

**PROCEEDINGS: Motion to Dismiss for Lack of Jurisdiction**

- Court granted Plaintiff's request for a short continuance. Plaintiff to find counsel and file a reasonable and legitimate objection to the instant motion to dismiss by <u>5/9/2008 at 3:00 p.m.</u> If needed, Government may file a response by <u>5/16/2008 at 3:00 p.m.</u>
- Motion <u>under advisement</u>.

NOTES: