Anthony Q. Sanders
P. O. Box 827
Hagatna, Guam 96932
Plaintiff Pro Se



**FILED**
DISTRICT COURT OF GUAM

MAY 09 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM
HAGATNA, GUAM

ANTHONY Q. SANDERS,             Civil Case No. CV07-00001

    Plaintiff,

vs.            RESPONSE TO (Proposed )

           ORDER

GOVERNMENT OF GUAM, a Public Entity
f/k/a/ PORT AUTHORITY GUAM
    Defendants,

I, Anthony Q. Sanders (Plaintiff) in this case, response to this Order as follows. I did file This case within the 180 days time limit which has been thrown out of contents let me State again for the record that I submitted and letter to the Civil Service Commission by Hand walking it through myself on 28 January 2005. They in return handed me a letter of response to the Port Authority that this agency failed to act upon in a timely matter I my case. The Port Authority not knowing that I had a copy of the letter from the CSC office did nothing in regards to the letter. I then typed a letter to the office, Director, Government of Guam, Department Of Labor, here in Guam, Ms. Maria Conley. She gave me sound advice to seek help from the EEOC in Honolulu do the fact that their office doesn't handle case of government entities, she said that they handle the more private sector cases. So I did on 01 March 2005 send my discrimination case to their

ORIGINAL

office. Note I send this an the last straw and this was the third request to be promoted. Each year request was a year apart always in January. The January 2005 request was the last discrimination of foul play by the Port Authority that I could stand. This why I know that I submitted my case in less that the required time line. Also I don't believe that the EEOC office of Honolulu or The Department of Justice in Washington, DC, would send me a letter of Right to Sue if I had crossed the 180 days time factor. I humble request that this case be continued so that justice can be served accordingly. I have also submitted these examples of exhibits and if allow can show the proof of neglect on the part of the Port Authority. I declare that this is to the best of my abilities and true statement.

Dated this 09 day of May 2008

Anthony Q. Sanders