

Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com
**Attorneys for the Government of Guam**

**FILED**
DISTRICT COURT OF GUAM

MAY 14 2008 P.D.

**JEANNE G. QUINATA**
**Clerk of Court**

# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| ANTHONY Q. SANDERS,<br><br>    Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM, a Public Entity<br>DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | Civil Case No. CV07-00001<br><br><br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on the 13th day of May 2008, I served via hand delivery, a true and correct copy of a **DEFENDANT GOVERNMENT OF GUAM REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FRCP RULE 12(h)(3)** upon the following:

    Anthony Q. Sanders
    At his place of residence
    120 Cook Street, Agat, Guam

Dated this 14th day of May, 2008.

                                            _____
                                            FRANCISCO M. SANTOS

*Page 1*
*District Court of Guam Case No. CV07-00001*
*Anthony Q. Sanders vs. Government of Guam, et al*

Case 1:07-cv-00001    Document 24    Filed 05/14/2008    Page 1 of 1