# EXHIBIT "C"

COPY

PORT AUTHORITY OF GUAM
Jose D. Leon Guerrero Commercial Port
Human Resources Division
1026 Cabras Highway, Ste. 201
Piti, Guam 96925

February 10, 2003

MEMORANDUM PER03-21

To:        Harbor Master

From:      Personnel Services Administrator

Subject:   Position Description Questionnaire

Hafa Adai! Mr. Anthony Q. Sanders, was transferred to the Harbor Master's
Office from Stevedore to Administrative Aide on October 21, 2002 under Job
Announcement 14-02 developmental to a Marine Traffic Controller position. On
February 3, 2003, Mr. Sanders provided us with a copy of his Marine Radio
Operator Permit, which is a requirement of the position.

To assist us in our classification review, we are requesting that Mr. Sanders
complete the attached position description questionnaire form. Please have him
submit the form to this office no later than Wednesday, February 12, 2003.

If you have any questions, please feel free to contact this office. Si Yu'os
Ma'ase.

VIVIAN C. LEON

Attachment

cc:    Human Resources Division



# PPC



## FCC Examination Proof of Passing Certificate

The original of this form, issued by the Electronics Technicians Association, International, Inc., is legal evidence that the person named on it has made a passing grade on the indicated FCC examination(s).

**Examinee Name:** **SANDERS** **ANTHONY** **Q**

(Last Name)      (First Name)      (Middle Initial)

Street Address      Date of Birth: <u>03/30/1958</u>

City: <u>AGANA</u>      State: <u>GU</u>      Zip: <u>96932</u>

Phone: <u>6717892758</u>      Social Security Number: <u>347560354</u>

**Examination Elements Passed:** **<u>ELEMENT 1</u>**

Date of Examination      <u>1/ 9/2002</u>

Location of Examination:      <u>BARRIGADA, GU</u>

School/Institution:      <u>GUAM COMMUNITY COLLEGE</u>

Test Monitor:      <u>A ALICTO/J LIMTIACO 1</u>

Examinee's Signature:      *Anthony Q. Sanders*

ETA-I Validating Signature:      *Richard L. Glass CETsr*

## SNT030013

## PPC VALID FOR ONE YEAR

Copyright 1999, ETA-I.

This form may not be reproduced in any manner by any person other than the examinee whose name is imprinted above. The information contained on this form has been electronically submitted to the FCC unless otherwise noted by ETA-I.



# ETA-I Federal Communications Commission Examination Information Form

Date of Examination: _12-06-02_
mo - day - year

Examination Serial #: _SN MR0951_

Fee Paid: $ _75 —_     Retake Fee Paid: $ _____     First Attempt? (✓)yes  ( )no

Social Security Number: _347 56 0354_          Birthdate: _03 30 58_

_SANDERS_          _ANTHONY_          _Q._          _44_
Last Name          First Name          Middle Initial          Age

_P.O. BOX 827_          _(671) 789-2758_ ext. _____
Street Address          Phone number

_AGANA_          _GUAM_     _96932_
City          State     Zip Code

_G.C.C._          _AL ALICTO / JOHN LIMTIACO_          _Nov 1-9-02_
Examination Location:          Examiner's Name

Examination elements taken, this session:          _ELEMENT 1_ _75%_

Previous FCC Commercial Exam Elements you have passed: _____

## PPC Mailed this date: _____  (for ETA use - do not fill in this blank)
mo - day - year

Failure notice Mailed this date. _____  (for ETA use - do not fill in this blank)
mo - day - year

If fee is paid with **Master Card or Visa** enter card number _____  exp. date _____ ( )MC  ( )Visa

Fee paid with money order  ( )yes     Fee paid cash  (✓)yes     Fee paid by Certified Check: ( )yes   other ( )

I certify that to the best of my knowledge the above information is correct

**Signature** _Anthony Q. Sanders_

(Turn this form in with your examination fee, test booklet, scratch paper, and answer sheet to the
examination proctor)

Electronics Technicians Assn., Int'l., Inc.  602 N Jackson, Greencastle, In 46135

February 18, 2003

MEMORANDUM PER03-49

To:        General Manager

From:      Personnel Services Administrator

Subject:   Merit Promotion

On October 21, 2002, Mr. Anthony Q. Sanders filled the position of Marine Traffic Controller under Merit Promotion Announcement 14-02. His promotion to the position was contingent on him meeting the following qualification requirements:

1.    One (1) year of experience in the controlling and directing of sea vessels in harbor operations; and

2.    Possession of a valid marine operator's permit issued by the Federal Communications Commission.

At the time he filled the position, he did not have the operator's permit. On January 10, 2003, Mr. Sanders passed the examination for the Marine Operator Permit and has a total of 3 years 6 months of creditable work experience.

Based on the attached classification review, Mr. Sanders now meets the qualification requirements of the Marine Traffic Controller position. We are recommending that his position be reallocated to a Marine Traffic Controller effective the date of your approval and upon availability of funds.

VIVIAN C. LEON

Attachments

cc:    Human Resources Office

**Qualification Requirement:** *Education, experience and training of employee pertinent to new classification:*

|  | Requirement | Possess |
|---|---|---|
| Experience | One (1) year of experience in the controlling, and directing of sea vessels in harbor operations | 3 years, 6 months |
| Necessary Special Qualification | Possession of a valid marine operator's permit | Effective Date: 1/10/2003 Expiration Date: 1/10/2008 |

**Findings and Recommendations:** *Based on the above analysis, Mr. Sanders meets the necessary qualification requirements of a Marine Traffic Controller. It is recommended that he be promoted to a Marine Traffic Controller, Pay Grade J, effective the date of your approval and availability of funds.*

*Date of Review:*          *February 11, 2003*

JOSEFA S. DIAZ
*Personnel Specialist IV*

CONCURRED:

VIVIAN C. LEON
*Personnel Services Administrator*

Date: _2/20/03_

/✓/ *PROMOTION AND FUNDS BUDGETED*
/__/ *FUNDS NOT BUDGETED*

MARTHA R. DYDASCO
*Administrative Services Officer*

Date: _3-6-03_

APPROVED:

JOSEPH F. MESA
*Interim General Manager*

Date: _____

## MERIT PROMOTION EVALUATION SHEET

Name: Anthony Q. Sanders
Position Title: Administrative Aide
Department: Compliance Control
Division/Section: Harbor Master/Harbor Control

## POSITION CLASSIFICATION REVIEW:

**Position Analysis:** Major duties and responsibilities and supervisory relationships of employee:

Coordinates the dockage of vessels alongside the waterfront pier with the Harbor Control, Tug Boat and Captain of the vessels.

Provides the National Weather Service information on the northern tide and surf observance for weather operations and surf sizes twice a day.

Monitors and operates marine multi-ban VHF radio system and single side band radio to communicate with pilots and tugboats for inter/outer harbor control.

Logs all communication and instructions with vessel masters on the computerized system.

Gives input at the daily Harbor Master's meetings in regards to arrival and departure of vessels and vessel movements.

Assists with the notice of arrival's from agency's agents for input into the GTS program.

Docks assigned vessels arriving in port on a daily basis.

Performs related duties as required.

The employee receives instructions orally and/or in writing under general supervision for day shift and under limited supervision or no supervision during swing or graveyard shifts.

**Classification Analysis:** The employee is classified as an Administrative Aide (Merit Promotion to the position of Marine Traffic Controller), which requires the incumbent to undergo on-the-job training in directing, controlling and coordinating movement of sea vessels in the harbor area.





**PORT AUTHORITY OF GUAM**
**ATURIDAT I PUETTON GUAHAN**
GOVERNMENT OF GUAM
1026 Cabras Highway
Suite 201
Pltl, Guam 96915

**PORT AUTHORITY OF GUAM**

Telephone: (671) 477-5931/35
(671) 477-2683/85
Telex: (721) 6689PAGGUM
Facsimile: (671) 477-2689/4445

**Carl T.C. Gutierrez**
Governor of Guam

**Madeleine Z. Bordallo**
Lieutenant Governor

## AN EQUAL OPPORTUNITY EMPLOYER

## MERIT PROMOTION
# ANNOUNCEMENT

### OF

## AUTHORITY-WIDE COMPETITIVE EXAMINATION
## FOR THE FOLLOWING CLASS TO
## ESTABLISH A LIST

| JOB ANNOUNCEMENT: 14-02<br><br>Opens: June 24, 2002<br>Closes: July 5, 2002 | ADMINISTRATIVE AIDE<br><br>Pay Grade:    F<br>Salary Per Annum<br>Open  (Steps 1 to 10)<br>$17,635.00 - $26,453.00<br>Promotional (Steps 1 to 20)<br>$17,635.00 - $37,315.00 |
|---|---|

**NOTE:  This is developmental to the position of Marine Traffic Controller, Pay Grade:  J, $22,942.00  to  $48,544.00 per annum.**

**JOB LOCATION:**  The  position is  located  in  the  Harbor  Master Division of the  Port Authority of Guam, Cabras Island.

**AREA OF CONSIDERATION:**    Open  to  all  interested  and  qualified permanent status employees occupying classified positions within the  Port  Authority  of  Guam.    All  applicants  will  receive employment consideration regardless of race, creed, color, sex, national  origin,  marital  status,  political  affiliation,  age, religion or disability factors.

**NATURE OF WORK:**  Employee will receive on-the-job training in technical  work  involved  in  directing,  controlling,  and coordinating movement of sea vessels in the harbor area.

**ILLUSTRATIVE EXAMPLES OF WORK:** (These examples do not list all the duties, which may be assigned; nor do the examples cover all the duties which may be performed.)

## Duties to be trained are as follows:

Controls sea vessel into and out of the harbor entrance and within the harbor with the aide of field glasses and marine multi-ban VHF radio system. Coordinates traffic movements with pilots and tugboat operators. Maintains a safe and orderly movement of vessels. Ensures that the "rules of road", federal and local rules and regulations are applied to sea vessels within the harbor area. Coordinates the docking of vessels at the waterfront. Maintains a visual watch of the harbor entrance to guard against unauthorized passage into and out of the harbor. Ensures that navigational flags, warning lights and the harbor's visual aide systems are properly displayed. Monitors and maintains radio watch on radio instruments on the VHF single side band to provide information of a wide variety of navigational concerns, such as, weather, estimated time arrival and location of sea vessels. Facilitates communications, dispatches assistance and maintains contacts with parties concerned during incident or distress or emergency. Documents all incidents and navigational violations observed or received for disposition. Maintains journals and logs of vessel arrivals and departures. Performs related duties as required.

**MINIMUM KNOWLEDGE, ABILITIES AND SKILLS:** Knowledge of modern office practices and procedures. Ability to apply and interpret established laws, rules, regulations and other program guidelines. Ability to make decisions in accordance with appropriate program guidelines. Ability to make arithmetic computations. Ability to work effectively with the public and employees. Abilities to communicate effectively, orally and in writing. Ability to maintain records and prepare reports.

**QUALIFICATION REQUIREMENTS:** (A) Two years of experience involving public contact work with arithmetic computations; or (B) Any equivalent combination of experience and training which provides the minimum knowledge, abilities and skills.

**NECESSARY SPECIAL QUALIFICATION REQUIREMENT:** Public law 26-87, Educational Training section 2 stipulates: "(c) All employment in the service of the government of Guam shall have, as a reasonable measure of job performance, the minimum requirement of a high school diploma or a successful completion of a General Educational Development ('GED') Test, or any equivalent of a general education high school program, or a successful completion of a certification program, from a recognized accredited or certified vocational technical institution, in a specialized field required for the job."

**DRUG SCREENING:** The Port Authority of Guam has implemented a drug testing as part of the Drug Free Workplace Program. All Port Authority of Guam employees may be subject to drug testing under certain circumstances such as reasonable suspicion and after an accident or an unsafe practice. All individuals will have an opportunity to submit medical documentation that may support the legitimate use of a specific drug to a Medical Review Officer. A verified positive drug test result will be provided to the General Manager. Refusal to furnish a urine specimen or failure to report for testing as directed is grounds for discipline.

**EVALUATION METHODS:** All applicants will be evaluated and will be rated on a scale between 70.00 to 100 percent on the basis of their training, education and experience in relation to the minimum requirements of the position. Applicants will be credited for their experience and training shown on their applications. Therefore, entries should be described accurately and concisely and each job described separately. List awards or outstanding ratings and any other information which will be helpful in the job-element-examining process. **DO NOT ATTACH ORIGINALS OF ANY VALUABLE DOCUMENTS.** Applicants who do not file in accordance with these procedures will be rated **INELIGIBLE.**

**INTERVIEW TECHNIQUES:** If the position is filled, a panel of interviewers designated by the General Manager will conduct personal interviews. Techniques to be used in the interview may consist of one of the following:

(1) Work sample and performance evaluation examinations,
(2) Practical and/or written tests,
(3) Individual oral examinations.

**EDUCATION:** Applicants claiming educational accomplishment degrees or credit hours are required to submit official or verified copies of transcripts of diplomas.

**HOW AND WHERE TO APPLY:** Applicants must submit an Application of Employment to the Personnel Office, 1st floor of the Port Authority of Guam Building, Cabras Island, Monday to Friday, 8:00 a.m. to 5:00 p.m.

**Individuals with disabilities who require special accommodations should contact the Personnel Office prior to any scheduled examinations or interviews.**

**FOR MORE INFORMATION: Please contact the Personnel Office at 477-5931 −4, extensions 306,307,368,308,341, or 564.**

VIVIAN C. LEON
Personnel Services Administrator

# MERIT PROMOTION ANNOUNCEMENT
# ADMINISTRATIVE AIDE
# (Developmental to the position of
# MARINE TRAFFIC CONTROLLER)
# AN EQUAL OPPORTUNITY EMPLOYER

PORT AUTHORITY OF GUAM
Jose D. Leon Guerrero Commercial Port
1026 Cabras Highway, Ste. 201
Piti, Guam 96925

March 10, 2003

## INTER-OFFICE MEMORANDUM

To:      Harbor Master

From:    Personnel Services Administrator

Subject:  Merit Promotion

On February 18, 2003, this office completed its classification review on Mr. Anthony Q. Sanders, Administrative Aide, who is underfilling the position of Marine Traffic Controller. The purpose of the review is to determine if he meets the necessary qualification requirements for the position.

We are attaching the Merit Promotion Classification Report. Please review the report and certify as to the accuracy of the duties assigned in writing. Additionally, we are attaching the performance evaluation report for you to evaluate the employee's performance and to determine eligibility for promotion.

We would appreciate receiving your certification and performance evaluation report no later than Friday, March 14, 2003.

Attachments





**PORT AUTHORITY OF GUAM**
**ATURIDAT I PUETTON GUAHAN**
GOVERNMENT OF GUAM
1026 Cabras Highway
Suite 201
Piti, Guam 96925

Telephone: (671) 477-5931/35
(671) 477-2683/85
Telex:       (721) 6689 PAGGUM
Facsimile:  (671) 477-2689

March 14, 2003

## INTER-OFFICE MEMORANDUM

To:         General Manager

From:       Harbor Master

Subject:    Certification

This is to certify that Mr. Anthony Sanders has met all the required qualifications of a Marine Traffic Controller. He has been under my general supervision for the past five months and has completed the following training:

1. Monitor marine radio to communicate with pilots and tugboats.
2. Provides National Weather Service, Surf observations by reading tide heights.
3. Maintains radio log.
4. Records traffic movements in GTS computer system for all concerned division within the port.
5. Conducts Harbor Master's Agent meeting when asked upon. Purpose of this meeting is to assign berths.
6. Docks assign vessels when needed.

Although Mr. Anthony Sanders has completed certain fundamental aspects of the duties and responsibilities he still needs to grasp the systems organization to include planning and billing disposition that affects all areas that starts with this office.

Mr. Sanders is a welcome member in this division, and is entirely up to him to accomplish every given task with sound judgement.

FRANK SANTOS

CC: Personnel

Commonwealth Now!



# PORT AUTHORITY OF GUAM
## ATURIDAT I PUETTON GUAHAN
GOVERNMENT OF GUAM
1026 Cabras Highway
Suite 201
Piti, Guam 96925

Telephone: (671) 477-5931/35
(671) 477-2683/85
Telex: (721) 6689 PAGGUM
Facsimile: (671) 477-2689

April 30, 2003

## INTER-OFFICE MEMORANDUM

To:         Harbor Master

From:       Personnel Services Administrator    Du-c-Leon

Subject:    Classification Review of Mr. Anthony Q. Sanders

Pursuant to our discussion, I am returning your certification on the qualifications of Mr. Anthony Q. Sanders, Administrative Aide. Please provide this office with another memorandum regarding his ability to effectively perform the duties of Marine Traffic Controller.

Attachment



**PORT AUTHORITY OF GUAM**
**ATURIDAT I PUETTON GUAHAN**
GOVERNMENT OF GUAM
1026 Cabras Highway
Suite 201
Piti, Guam 96925

Telephone: (671) 477-5931/35
(671) 477-2683/85
Telex:      (721) 6689 PAGGUM
Facsimile:  (671) 477-2689

May 6, 2003

## INTER-OFFICE MEMORANDUM

To:        Anthony Q. Sanders, Administrative Aide

From:      General Manager

Subject:   Merit Promotion

On October 21, 2002, you were selected to fill an Administrative Aide position under the Authority's Job Announcement 14-02. Said announcement was for a merit promotion from an Administrative Aide to a Marine Traffic Controller position.

This is to formally advise you that Public Law 26-152 placed a government-wide moratorium on reclassifications. This moratorium became effective October 1, 2002 and shall remain for the remainder of the fiscal year (September 30, 2003).

In light of the above, all merit promotions will be held in abeyance. However, the Human Resources Division will continue to conduct classification reviews to determine whether or not you are performing the duties of the merit promotion position.

Should you have any questions, please feel free to contact the Human Resources Division.

cc:   Personnel Services Administrator
      Affected Division Head

Commonwealth Now!




**PORT AUTHORITY OF GUAM**
**ATURIDAT I PUETTON GUAHAN**
GOVERNMENT OF GUAM
1026 Cabras Highway
Suite 201
Piti, Guam 96925

Telephone: (671) 477-5931/35
(671) 477-2683/85
Telex:     (721) 6689 PAGGUM
Facsimile: (671) 477-2689

May 09, 2003

## INTER-OFFICE MEMORANDUM

To:         General Manager

From:       Harbor Master

Subject:    Classification of Anthony Sanders

Anthony Sanders has been under my general supervision for the past seven months. However, Mr. Sanders has a problem with certain fundamental aspects of the duties and responsibilities of a marine traffic controller.

The biggest problem he is faced with is inputting information in the GTS system. He also needs to work on his radio adequate. I strongly feel Mr. Sanders needs more training, for another month then I will re-evaluated him.

FRANK SANTOS

TO: HR

CC: Personnel

Commonwealth Now!



# PORT AUTHORITY OF GUAM
# ATURIDAT I PUETTON GUAHAN
GOVERNMENT OF GUAM
1026 Cabras Highway
Suite 201
Piti, Guam 96925

Telephone: (671) 477-5931/35
(671) 477-2683/85
Telex: (721) 6689 PAGGUM
Facsimile: (671) 477-2689

July 14, 2003

## INTER-OFFICE MEMORANDUM

To:         General Manager

From:       Harbor Master

Subject:    Marine Traffic Controller Position

Anthony Sanders has been under-filling as a marine traffic controller for several months now. Mr. Sanders has proven his ability to perform all the duties and responsibilities that is required of him.

Therefore I respectfully request that Mr. Anthony Sanders be given the position title as a Marine Traffic Controller.

CC: Human Resources



Commonwealth Now!

PORT AUTHORITY OF GUAM
Jose D. Leon Guerrero Commercial Port
Piti, Guam


July 22, 2003


**INTER-OFFICE MEMORANDUM**

To:       Harbor Master

From:     Interim General Manager

Subject:  Mr. Anthony D. Sanders

This is in response to your memorandum of July 14, 2003 regarding the above subject employee.

On May 6, 2003, we advised Mr. Sanders that Public Law 26-152 placed a government-wide moratorium on reclassifications. This moratorium became effective October 1, 2002 and shall remain for the remainder of the fiscal year (September 30, 2003). As a result, all merit promotions will be held in abeyance. A copy of this memorandum was forwarded to your office.

Should you have any questions, please contact the Human Resources Division.

# EXHIBIT "D"

PORT AUTHORITY OF GUAM
STAFFING PATTERN
FY-2003 MIDYEAR BUDGET

| Address Number | Home Business Unit | Description | Position Number | Description | Pay Grade | Grad Step | Annual Salary | Next Review Date |
|---|---|---|---|---|---|---|---|---|
| 1155 | 121 | Harbor Master | 300 | Harbor Master | R | 17 | 84,437.20 | 05/27/03 |
| 1148 | 121 | Harbor Master | 302 | Administrative Assistant | J | 1 | 22,942.40 | 10/10/03 |
| 1151 | 121 | Harbor Master | 310 | Marine Traffic Controller | J | 14 | 39,499.20 | 04/23/05 |
| 1149 | 121 | Harbor Master | 311 | Marine Traffic Controller | J | 7 | 30,971.20 | 05/30/03 |
| 1157 | 121 | Harbor Master | 312 | Marine Traffic Controller | J | 7 | 30,971.20 | 07/03/04 |
| 1147 | 121 | Harbor Master | 313 | Marine Traffic Controller | J | 5 | 28,693.20 | 10/07/04 |
| 1121 | 121 | Harbor Master | 314 | Marine Traffic Controller | J | 4 | 27,248.00 | 11/12/03 |
| 1450 | 121 | Harbor Master | 315 | Administrative Aide | F | 4 | 20,945.60 | 10/21/03 |
| 1145 | 121 | Harbor Master | 316 | Marine Traffic Controller | J | 6 | 29,827.20 | 04/29/04 |
| 1153 | 121 | Harbor Master | 317 | Administrative Aide | F | 20 | 37,315.20 | 10/29/04 |

Home Business Unit
Cn    10

**HARBOR MASTER DIVISION
COMPLIANCE/CONTROL DEPARTMENT**
**Harbor Master Office**

| POS NO. | NAME OF EMPLOYEE | POSITION TITLE | GRADE & STEP | SALARY Per Annum | Next POS | Proposed Salary P/A | DIFF | Next Salary Increment | Proposed Salary P/A | MEDICAL Employee | MEDICAL Govern. | DENTAL Employee | DENTAL Govern. | RETIR Plan | RETIR Employee | RETIR 401 | RETIR Govern. | LIFE INS Employee | LIFE INS Govern. | Medicare |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 300 | Francisco G. Santos | Harbor Master | R-17 | 84,635.00 | R-18 | 87,369.00 | 2,865.00 | 5/27/2005 | $42.01 | | | | $287.18 | DB | $8,301.19 | | $18,189.98 | | $152.36 | $395.10 |
| 302 | Sonja M. Cruz | Administrative Assistant | J-1 | 22,942.00 | J-4 | 27,244.00 | 4,302.00 | 10/10/2004 | $13.10 | | | $872.14 | $287.18 | DC | $1,282.40 | | $3,870.35 | | $152.36 | $152.36 |
| 310 | Paul R. Pangelinan | Marine Traffic Controller | J-14 | 39,491.00 | J-15 | 40,873.00 | 1,882.00 | 4/2/2005 | $19.65 | $166.00 | $1,585.12 | $872.14 | $287.18 | DR | $3,882.85 | | $8,605.46 | $160.35 | $152.36 | $462.28 |
| 311 | Ben D. Fieldhouse | Marine Traffic Controller | J-7 | 30,972.00 | J-9 | 33,206.00 | 2,234.00 | 11/30/2004 | $15.99 | $1,329.12 | $3,601.54 | $867.04 | $287.18 | DO | $3,169.62 | | $6,021.24 | | $152.36 | $485.97 |
| 312 | Charlene R.S. Yatar | Marine Traffic Controller | J-7 | 30,972.00 | J-8 | 32,119.00 | 2,294.00 | 1/22/2005 | $15.44 | $312.00 | $1,585.12 | $284.82 | $287.18 | DC | $3,050.94 | | $6,680.17 | | $152.36 | $485.67 |
| 313 | Peter R. Cruz | Marine Traffic Controller | J-5 | 28,678.00 | J-8 | 32,119.00 | 3,441.00 | 10/7/2005 | $15.44 | | | $372.14 | $287.18 | DC | $1,606.76 | | $2,566.17 | $309.70 | $152.36 | $468.08 |
| 314 | Frank J. Sablan | Marine Traffic Controller | J-4 | 27,244.00 | J-7 | 30,972.00 | 3,728.00 | 5/1/2005 | $14.89 | | | | $287.18 | DC | $1,545.56 | | $6,440.05 | | $152.36 | $449.08 |
| 315 | Anthony Q. Sanders | Administrative Aide (Underhilling Marine Traffic Controller) | J-2 | 20,942.00 | F-7 | 23,808.00 | 2,866.00 | 5/19/2005 | $11.45 | | | $872.14 | $287.18 | DC | $1,102.90 | | $4,096.11 | | $152.36 | $345.33 |
| 316 | Helen S. Aguon | Marine Traffic Controller | J-6 | 29,825.00 | J-8 | 32,119.00 | 2,294.00 | 10/16/2005 | $15.44 | $207.90 | $1,585.12 | $354.48 | $287.18 | DG | $3,000.09 | | $6,680.17 | $597.46 | $152.36 | $466.67 |
| 317 | Vincent D. Pangelinan | Administrative Aide (Underhilling Marine Traffic Controller) | F-20 | 37,315.00 | F-20 | 37,315.00 | | 10/28/2004 | $17.94 | | | $872.14 | $287.18 | DG | $3,544.94 | | $17,765.29 | $597.84 | $152.36 | $591.07 |

Page

| POS. NO. | POSITION TITLE | GRADE & STEP | HRLY RATE | Salary | HW | TOTAL SALARY | Prem | O/T | Ret 20.81% | Medcr 1.45% | Med | Den | Ret Plan | Ret DD | Life |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **HARBOR MASTER DIVISION** | | | | | | | | | | | | | | |
| | **Harbor Master's Office** | | | | | | | | | | | | | | |
| 1  300 | Harbor Master | R-17 | 40.59 | 84,427.20 | | | | | 17,569 | 0 | | 297 | DB | | 152 |
| 1  302 | Administrative Assistant | J-1 | 11.03 | 22,942.40 | | | | | 4,774 | 333 | | | DC | 124 | 152 |
| 1  310 | Marine Traffic Controller | J-14 | 18.99 | 39,499.20 | | | | | 8,220 | 0 | 1,368 | 287 | DB | | 152 |
| 1  311 | Marine Traffic Controller | J-7 | 14.89 | 30,971.20 | | | | | 6,445 | 449 | 3,102 | 297 | DB | | 152 |
| 1  312 | Marine Traffic Controller | J-7 | 14.89 | 30,971.20 | | | | | 6,445 | 449 | 1,368 | 148 | DB | | 152 |
| 1  313 | Marine Traffic Controller | J-5 | 13.79 | 28,683.20 | | | | | 5,969 | 416 | | 297 | DC | 124 | 152 |
| 1  314 | Marine Traffic Controller | J-4 | 13.10 | 27,248.00 | | | | | 5,670 | 395 | | | DC | 124 | 152 |
| 1  315 | Administrative Aide (Underfilling Marine Traffic Controller) | F-4 | 10.07 | 20,945.60 | | | | | 4,359 | 304 | | 297 | DC | 124 | 152 |
| 1  316 | Marine Traffic Controller | J-6 | 14.34 | 29,827.20 | | | | | 6,207 | 432 | 1,368 | 148 | DB | | 152 |
| 1  317 | Administrative Aide (Underfilling Marine Traffic Controller) | F-20 | 17.94 | 37,315.20 | 5,836 | 358,666 | 7,876 | 610 | 7,765 | 541 | 1,368 | | DB | 124 | 152 |
| | | | | 352,830 | 5,836 | | 7,876 | 610 | 76,404 | 3,527 | 7,638 | 1,890 | | 496 | 1,524 |

FY2005STAFFINGPATTERN.

## FY-2006 APPROVED BUDGET
## STAFFING PATTERN

| POSITION TITLE | FY-06 Grade & Step | FY06 Total Sal. | Ret 26.00% | Ret DD (9.16) | Med | Den | Life $5.86 | Medcr 1.45% | Total Benefits | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Marine Traffic Controller | J-9 | 33,206.40 | 8,633.66 | | 1,368.12 | 148.46 | 152.36 | 481.49 | 10,784.10 | 43,990.50 |
| 1 Marine Traffic Controller | J-9 | 33,241.60 | 8,642.82 | 238.16 | | | 152.36 | 482.00 | 9,515.34 | 42,756.94 |
| 1 Administrative Assistant | J-6 | 29,805.20 | 7,749.35 | | 1,368.12 | 148.46 | 152.36 | 432.18 | 9,860.47 | 39,655.67 |
| 1 Marine Traffic Controller | J-10 | 34,414.00 | 8,947.64 | | 3,101.54 | 297.18 | 152.36 | 499.00 | 12,997.72 | 47,411.72 |
| 1 Marine Traffic Controller | J-16 | 42,307.20 | 10,999.87 | | 1,368.12 | 148.46 | 152.36 | | 12,668.81 | 54,976.01 |
| 1 Administrative Aide (Underfilling Marine Traffic Controller) | J-17 | 43,784.00 | 11,383.84 | | | | 152.36 | 634.87 | 12,171.07 | 55,955.07 |
| 1 Marine Traffic Controller | J-8 | 32,115.20 | 8,349.95 | 238.16 | | | 152.36 | 465.67 | 9,206.14 | 41,321.34 |
| 1 Administrative Aide (Underfilling Marine Traffic Controller) | J-4 | 27,248.00 | 7,084.48 | 238.16 | | | 152.36 | 395.10 | 7,870.10 | 35,118.10 |
| 1 Harbor Master | R-19 | 90,447.00 | 23,516.22 | | | | 152.36 | | 23,668.58 | 114,115.58 |
| 1 Marine Traffic Controller | J-10 | 34,122.58 | 8,871.87 | | 1,368.12 | 148.46 | 152.36 | 494.78 | 11,035.59 | 45,158.17 |
| 10 | | 400,691 | 104,180 | 714 | 8,574 | 891 | 1,524 | 3,885 | 119,708 | 520,459 |

# EXHIBIT "E"

On September 19, 2003, Public Law 27-29 (Government of Guam Budget Act for Fiscal Year 2004) was enacted. The law included the provision of a government-wide moratorium on reclassifications.

On September 30, 2004, the provision on the government-wide moratorium on reclassifications was also included in Public Law 27-106 (Government of Guam Budget Act for Fiscal Year 2005).

On November 6, 2004, the Authority requested Civil Service Commission to review the law and advice if merit career promotions are considered as reclassification personnel actions.

On January 4, 2005, Mr. Santos recommended that Mr. Sanders be promoted to a Marine Traffic Controller. On January 5, 2005, he was advised that all merit promotions are placed on hold until clarification has been received by Civil Service Commission.

On January 6, 2005, the Authority received Civil Service Commission's response to our request and advised the Authority that merit career plan is not subjected to the government-wide reclassification moratorium.

On January 8, 2005, the Human Resources Office began the process of reviewing the classifications of 22 employees who are under the merit career plan.

On January 17, 2005, the Human Resources Office began their review of the current duties and responsibilities of Mr. Sanders. Their findings were forwarded to this office on April 19, 2005. According to the Human Resources Office, the classification review comprised of an interview with Mr. Sanders, review of his work assignments and an exit interview with Mr. Santos to validate his duties and responsibilities. In addition, the Human Resources Office reviewed the GTS marine traffic controller radio log from January 1, 2004 to January 1, 2005 to validate the employee's work assignments. Based on the documents, the employee only performs the duties and responsibilities of a Marine Traffic Controller once a week. The remaining 4 days out of the week, he is docking vessels calling to port—which is only a portion of the duties associated with the Marine Traffic Controller position. They stated that although he meets the qualification requirements of the position, he is not performing the full aspects of the merit career promotion position. It was recommended that in order for Mr. Sanders to be promoted, he must be assigned to perform the duties and responsibilities of a Marine Traffic Controller.

September 27, 2004

## INTER-OFFICE MEMORANDUM

TO:         All Employees

FROM:       General Manager

SUBJECT:    Appointment

This office is pleased to announce the appointment of Ms. Doris C. Aguero to the position of Port Police Chief effective Monday, September 27, 2004.

Ms. Aguero will be responsible for the day-to-day activities and programs of the Port Police Division.

Please give her your usual cooperation.

Cc:    Personnel Jacket



# PORT AUTHORITY OF GUAM
### ATURIDAT I PUETTON GUAHAN
#### Jose D. Leon Guerrero Commercial Port
### GOVERNMENT OF GUAM
1026 Cabras Highway, Suite 201
Piti, Guam 96915



Telephone: (671) 477-5931/35
(671) 477-2683/85
Facsimile: (671) 477-2689/4445
Webpage: www.netpci.com/~pag4

**FELIX P. CAMACHO**
Governor of Guam

**KALEO S. MOYLAN**
Lieutenant Governor

## AN EQUAL OPPORTUNITY EMPLOYER

# ANNOUNCEMENT

### OF

## AUTHORITY-WIDE COMPETITIVE EXAMINATION FOR THE FOLLOWING CLASS TO ESTABLISH A LIST

| JOB ANNOUNCEMENT: 02-04 | **PORT POLICE CHIEF** |
|---|---|
| Opens: **September 1, 2004**<br>Closes: **September 8, 2004** | Pay Grade: O<br><br>Salary Per Annum<br>Steps 1 to 20<br>$33,811.00 - $71,541.00 |

**JOB LOCATION:** The position is located in the Port Police Division of the Jose D. Leon Guerrero Commercial Port, Cabras Island.

**AREA OF CONSIDERATION:** Open to all interested and qualified permanent status employees occupying classified positions within the Authority. All applicants will receive employment consideration regardless of race, creed, color, sex, national origin, marital status, political affiliation, age, religion or disability factors.

**SELECTIVE FACTOR: Knowledge of the Maritime Security Act, 33 Code of Federal Regulations, Subchapter H, Parts 105, Maritime Security for Facility, and 104, Maritime Security for Vessels.**

**NATURE OF WORK:** Administers a complex security and harbor enforcement program and activities involved in the protection of cargoes, property and personnel.

**ILLUSTRATIVE EXAMPLES OF WORK:** (These examples do not list all the duties, which may be assigned; nor do the examples cover all the duties which may be performed.)

Administers the program, projects and activities of the Port Police Division. Reviews develops and implements plans, policies and procedures to enhance the effectiveness and efficiency of the security and harbor enforcement operations; develops and implements corrective measures for the security of personnel, cargoes, properties and facilities. Identifies and apprises management of problems pertaining to the security programs; develops action plans and/or formulates solutions. Participates in budget administration and other administrative functions and requirements of the division. Coordinates training programs with appropriate division heads and approved training institutions. Prepares reports and maintains records. Performs related duties as required.

**MINIMUM KNOWLEDGE, ABILITIES AND SKILLS:** Knowledge of the modern principles, practices and methods of security administration, organization and operation. Knowledge of the Agency's security rules and regulations, Guam Criminal Code and Motor Vehicle codes, and applicable federal and local security programs, laws, rules and regulations relating to the protection of life and property at the Port of Guam premises. Knowledge of the Agency's operating procedures, administrative rules and regulations. Knowledge of the technical phases of crime prevention, law enforcement, rules of evidence and related function, such as, investigation, patrol, traffic control and safety, recordkeeping, care and custody of persons and police training. Ability to administer the programs and activities of security and harbor enforcement operation. Ability to evaluate operational effectiveness and recommend changes in organization, policies, procedures and guidelines. Ability to work effectively with the public and employees. Ability to communicate effectively. Skill in the safe use of small firearms. Skills in the safe operation of a motor vehicle.

## QUALIFICATION REQUIREMENTS:

A. Two (2) years experience as a Port Assistant Police Chief or other equivalent law enforcement work, graduation from high school or possession of certification of high school equivalency (GED); or
B. Any equivalent combination of training and experience which provides the minimum knowledge, abilities and skills.

## NECESSARY SPECIAL QUALIFICATION REQUIREMENT:

A. United States Citizen
B. Age - Of 18 years of age at time of filing
C. Possession of a valid operator's license and firearms permit
D. Completion of 120 hours of law enforcement training

**FINAL SELECTION WILL REQUIRE A GUAM POLICE DEPARTMENT AND SUPERIOR COURT OF GUAM CLEARANCE:** In accordance with:

A.    Section 4203.1 of Title 4 of the GCA, no person shall be employed as a peace officer in the law enforcement positions with the Authority who has been previously convicted of a felony;

B.    Public Law 24-239, Family Violence Act, which stipulates that after August 14, 1998, no person who is convicted of a felony concerning family violence (not a misdemeanor) is eligible to hold the following positions:

1.    General Manager
2.    Deputy General Manager
3.    Managerial or supervisory position

**DRUG SCREENING:** This position is a Testing Designated Position. An applicant tentatively selected for this position will be required to submit a urinalysis prior to a final selection. Further, all Port employees may be subject to drug testing under certain circumstances, such as, reasonable suspicion and after an accident or an unsafe practice. All individuals will have an opportunity to submit medical documentation that supports the legitimate use of a specific drug to a Medical Review Officer. An applicant's test results will be provided to the General Manager and Personnel Services Administrator before a final selection is made. A verified positive drug test result of a current employee occupying a TDP will also be provided to the General Manager. Situations in which an applicant refused or ignored the requirement to take a pre-employment drug test without just cause are to be handled as disqualification.

**PROBATIONARY PERIOD:** The applicant must satisfactorily serve at least six (6) months and not more than 12 months probationary period to gain permanent status with the Authority.

**EVALUATION METHODS:** All applicants will be evaluated and will be rated on a scale between 70.00 to 100 percent on the basis of their training, education and experience in relation to the minimum requirements of the position. Applicants will be credited for their experience and training shown on their applications. Therefore, entries should be described accurately and concisely and each job described separately. List awards or outstanding ratings and any other information which will be helpful in the job-element-examining process. **DO NOT ATTACH ORIGINALS OF ANY VALUABLE DOCUMENTS.** Applicants who do not file in accordance with these procedures will be rated **INELIGIBLE**.

**INTERVIEW TECHNIQUES:** If the position is filled, a panel of interviewers designated by the General Manager will conduct personal interviews. Techniques to be used in the interview may consist of one of the following:

# EXHIBIT "F"

NOTE FOR THE RECORD

On December 13, 2005, Mr. Frank Santos Harbor Master, made discussion between Mr. Frank Sablan, myself (Anthony Sanders) regarding Vince Pangelinan and the watch rotation of office personnel. During the conversation, Mr. Santos stated, and I quote: "I will be leaving Mr. Vince Pangelinan as the night Dockmaster." I stated to Mr. Santos that Vince should stand the other MTC's radio watch whenever anyone may be going on leave for any period so that he would get better qualified for the watch. Having him get qualified would alleviate our watch rotation by having each one of us being able to have a complete weekend off or would have in effect, provided additional watch experience for the section.

Mr. Santos avoided that approach by stating, he didn't feel comfortable with Vince standing the watch because he felt that Vince would not handle the other shifts and he would be calling his home bothering him at night. Frank Sablan and I stated to the harbor master, that it wasn't fair to the rest of the MTC's. Mr. Santos statement defined would indicate that Mr. Santos is allowing Vince to not have to know office procedures, but to only allow him to dock vessels only.

In my mind, and the other MTC's, this practice is unwarranted. Myself and Vince had just starting to get paid for this position less than a month prior and Mr. Santos takes sides to protect Mr. Pangelinan from having to stand the radio watch, but never the less, I stood the watches for the person on leave during the week of 18-24 December 2005 for

MTC Charlene Yatar. This issue has continued more than once. Frank Sablan and I spoke with the Harbor Master again on or about 20 December 2005. This discussion was again focused on Mr. Vince Pangelinan because another MTC was going to be going on leave. Mr. Santos relayed back again that he didn't feel comfortable with Vince standing watches. This again, is sad because the employees in the office are the ones suffering (mainly me). We indicated to Mr. Santos that it's not fair to the rest of us MTC's. Mr. Santos compared Vince to one of our former employees (Captain Gumban) by stating; *you can't teach and old dog new tricks."* We again indicated that it wasn't fair and Mr. Santos blew us off and walked into his office. Again, I stood the watch (T. Sanders).

It has to be noted that this individual (Vince Pangelinan) has been assigned to the Harbor Master's office for more than five (5) years and is only capable of standing the graveyard shift watch (0000-0800), which has no radio communication during that period. It must be noted that operational vessel traffic only occurs during Monday through Friday's. The harbor is normally quite until 0800 on Saturday.

Anthony Q. Sanders

Marine Traffic Controller

Frank Sablan

Marine Traffic Controller